```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 24163
    LEO M STEINHOUSE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-8258

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/17/2005 and was confirmed 08/29/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  26.00%.

     The case was dismissed after confirmation 11/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
ECAST SETTLEMENT CORP      UNSECURED       16470.87           .00          4162.02
ECAST SETTLEMENT CORP      UNSECURED       17103.51           .00          4312.61
ECAST SETTLEMENT CORP      UNSECURED        3830.14           .00           967.84
ECAST SETTLEMENT CORP      UNSECURED       17079.02           .00          4315.69
ECAST SETTLEMENT CORP      UNSECURED        7169.13           .00          1811.55
PORTFOLIO RECOVERY ASSOC   UNSECURED       11490.46           .00          2903.52
JOHN C DENT                DEBTOR ATTY     2,300.00                       2,300.00
TOM VAUGHN                 TRUSTEE                                        1,251.57
DEBTOR REFUND              REFUND                                              .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   22,024.80

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                       18,473.23
ADMINISTRATIVE                                   2,300.00
TRUSTEE COMPENSATION                             1,251.57
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                    22,024.80             22,024.80




                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 24163 LEO M STEINHOUSE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/24/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE